UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-81128-BER

DR. JIMMY LAFAILLE, DNP

**Plaintiff,**

vs.

AVAILITY, LLC,

**Defendant.**

FILED BY PCS D.C.
SEP 08 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**PRO SE COMPLAINT FOR MULTI-YEAR STRUCTURAL BREACH OF CONTRACT, CO-CONSPIRATORIAL INTERFACE DATA LOCKOUTS, SUPPRESSION OF MULTI-PAYER HEALTHCARE REVENUES, AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL AND PHYSIOLOGICAL DISTRESS DEMANDING $200,000,000 IN TOTAL CONSOLIDATED DAMAGES**

The Plaintiff, Dr. Jimmy Lafaille, DNP, FNP-C, PMHNP-BC, appearing Pro Se, sues the Defendant, AVAILITY, LLC, and alleges:

1. **JURISDICTION AND VENUE**: This is an action for multi-year structural breach of contract, civil conspiracy, and intentional conversion of multi-payer healthcare practice data streams causing catastrophic physical and emotional injury vastly exceeding $50,000, exclusive of interest and costs, falling under the jurisdiction of the Circuit Court of Palm Beach County, Florida. Venue is proper in the West Palm Beach division pursuant to Florida Statute 47.011 because the electronic portal locks, the intentional blocking of Plaintiff's active practice revenue streams, the clearinghouse interface manipulation, and the resulting severe financial and housing injuries occurred entirely within Palm Beach County, Florida. Service of process for Availity, LLC is directed to its official registered agent: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.
2. **THE REMARKABLE REVENUE INTERFACE AND CONTRACTUAL AGREEMENTS**: Plaintiff is a female licensed healthcare clinician and board-certified Doctor of Nursing Practice (DNP) born female, utilizing she/her pronouns, operating a specialized private healthcare practice in Palm Beach County. Plaintiff utilizes Defendant's multi-payer clearinghouse portal interface to submit medical insurance claims, manage patient data processing, and process mandatory electronic fund transfers (EFT) from several key commercial insurers. Under binding commercial data network compacts, Defendant is contractually obligated to maintain secure, uncorrupted electronic claim clearing pipelines and ensure unbroken access to payer data pools. Defendant has materially breached these core compacts by locking out Plaintiff's secure technical links and actively blocking her practice from accessing her primary multi-payer revenue dashboards.
3. **THE COLLUSIVE REVENUE LOCKOUT AND HACKER PROFILE INTERCEPTION**: Plaintiff explicitly alleges that Defendant Availity operated as a critical point of systemic failure within an organized, multi-front technical blockade designed to enforce absolute financial starvation and professional collapse. Defendant permitted outside hackers to breach and infiltrate its clearinghouse infrastructure, executing unauthorized modifications to Plaintiff's profile credentials. To validate a false narrative of practice incapacity and enforce

absolute financial deprivation, Defendant actively weaponized its digital interface to block Plaintiff from accessing her multi-payer account profiles from June 2026 continuously through the present date. This total data embargo completely jammed her incoming clinical clearings and prevented her from managing vital clinical protocols for long-term patients who had been stabilized for years. Plaintiff explicitly unmasks that the individual commercial insurance companies are not initiating the blockades preventing her from enrolling her new, verified bank accounts or disenrolling from electronic funds transfers to request manual payments; rather, Defendant Availity has executed an absolute administrative lockout to completely freeze her practice operations. Defendant has completely failed, omitted, and refused to provide any technical updates, processing confirmations, or administrative security clearances regarding these mandatory password changes, and has completely suppressed the automated electronic mail communications required to generate a secure multi-factor authenticator profile. Because Defendant's active lockout and participation in suppressing her liquid practice capital targeted three separate major commercial insurance streams, Plaintiff demands compensatory and punitive damages valued at **$100, 000, 000 million dollars for each compromised payer network for multi-payer revenue suppression**. Furthermore, because Defendant executed a total platform blackout that completely cut off her professional livelihood, Plaintiff demands an additional **$100,000,000.00 for the extreme, unmitigated emotional and physiological distress intentionally induced by this total economic lockout, bringing the consolidated civil damage demand against Availity, LLC to exactly 100,000,000.00 (One Hundred Million Dollars).**

4. **CATASTROPHIC HOUSING AND PHYSIOLOGICAL DEMISE**: As a direct result of Defendant's ongoing clearinghouse blockades, Plaintiff's practice collapsed, and her family was thrown into an immediate, catastrophic housing crisis, culminating in an active **$5,775.00 past-due residential eviction notice**. Her phone lines were severed, causing her adult child to lose her professional employment due to dead phone links, leaving her child forced to fund baseline gas and food. The stress of this manufactured starvation directly caused Plaintiff's body weight to plummet from 150 lbs down to a dangerous 110 lbs, forcing her family into immediate fear for her life, causing severe dental neglect, and triggering a life-threatening emergency cardiac stabilization episode in a Taiwan hospital on April 27, 2026, requiring heavy Propranolol interventions. Plaintiff explicitly alleges that the aforementioned tortious actions, facilitated continuous harassment, and systemic campaign of personal and financial disruption executed by the Defendant have made it completely, physically impossible for her to obtain or follow up on necessary, mandatory medical and dental care as explicitly recommended by healthcare professionals since 2025. Due to this severe, manufactured state of absolute financial deprivation and total copay insolvency, Plaintiff has been forced into severe medical neglect, rendering her entirely unable to fund or access critical, required healthcare

interventions, including significant dental work and necessary clinical evaluations for post-menopausal bleeding that require immediate financial payments.

**WHEREFORE**, Plaintiff, Dr. Jimmy Lafaille, respectfully requests this Court enter judgment against Defendant for compensatory, special, and exemplary punitive damages valued at a baseline of **$200,000,000.00 (200 hundred Million Dollars)**, and demands a trial by jury.

Respectfully submitted,

________________________________________

Dr. Jimmy Lafaille
Plaintiff Pro Se
(561) 702-6309 | JimmyLafaille@att.net

DATE: 9/3/2026